# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | James B. Moran | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 80 C 6045 | **DATE** | 6/6/2008 |
| **CASE TITLE** | WIENTGE vs. JACK PEACE, et al | | |

**DOCKET ENTRY TEXT**

Clerk is directed to destroy Exhibit 20 (x-rays) in the above case.

Docketing to mail notices.

| | Courtroom Deputy Initials: | LG |
|---|---|---|